PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Joseph Ashton     Cr.: 23-00292-001
    PACTS #: 6378241

Name of Sentencing Judicial Officer:     THE HONORABLE BERNARD A. FRIEDMAN
    SENIOR UNITED STATE DISTRICT JUDGE (ED/MI)

Name of Assigned Judicial Officer:     THE HONORABLE KAREN M. WILLIAMS
    UNITED STATE DISTRICT JUDGE

Date of Original Sentence: 11/17/2020

Original Offense:     Count One: Conspiracy to Commit Honest Services Wire Fraud, 18 U.S.C. § 1349
    Count Two: Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h)

Original Sentence: 30 months imprisonment, 12 months supervised release

Special Conditions: None.

Type of Supervision: Supervised Release     Date Supervision Commenced: 01/09/2023

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel on a cruise to Florida and Bahamas from May 21, 2023, to May 28, 2023, to celebrate his wedding anniversary and birthday. He would be traveling with his wife on the Royal Caribbean Oasis of the Seas cruise ship.

**U.S. Probation Officer Action:**

Our office recommends the travel request be approved. Joseph Ashton reports as instructed and submits monthly supervision reports. He has maintained a stable residence and has been retired since 2014. Ashton satisfied his special assessment and is currently in full compliance with the conditions of supervised release.

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

By:    PATRICK HATTERSLEY
        Supervisory U.S. Probation Officer

Prob 12A – page 2
Joseph John Ashton

/bgm

PREPARED BY:

_Brendan Murillo_     05/15/23
BRENDAN G. MURILLO     Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Travel Approved

☐ Travel Denied

☐ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

_____
Signature of Judicial Officer

May 16, 2023
Date